# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**DAVID LEE WOLFE III**                      **CASE NO.  2:25-CV-01888**

**VERSUS**                                    **JUDGE JAMES D. CAIN, JR.**

**AMAR COMPANIES INC ET AL**                  **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment (Doc. 12) filed by Family Dollar Stores of Louisiana, LLC and the Motion for Summary Judgment (Doc. 14) filed by Defendant F.D. Portfolios, LLC, are **GRANTED** dismissing Plaintiff's claims against these Defendants.

**THUS DONE AND SIGNED** in chambers on this 2nd day of June, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**